# Court of Appeals
# of the State of Georgia

ATLANTA, April 21, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1436. EVELYN ROGERS v. ROSA ROGERS.**

After the trial court issued a family violence protective order against Evelyn Rogers, she filed this direct appeal. We, however, lack jurisdiction.

In *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), the Supreme Court determined that actions arising under the Family Violence Act, OCGA § 19-13-1 et seq., constitute domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2). Accordingly, appeals in family violence actions must be made by application for discretionary appeal. See *Schmidt*, supra. Because Rogers failed to follow the proper appellate procedure, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/21/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*